NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1128

### SKF USA INC., SKF FRANCE S.A., SKF AEROSPACE FRANCE S.A.S., SKF GMBH, and SKF INDUSTRIE S.P.A.,

Plaintiffs-Appellants,

v.

### UNITED STATES,

Defendant-Appellee,

and

### TIMKEN U.S. CORPORATION,

Defendant-Appellee.

Appeal from the United States Court of International Trade in case no. 07-CV-0393, Judge Timothy C. Stanceu.

ON MOTION

O R D E R

The United States moves for an 14-day extension of time, until May 12, 2010, for the appellees to file their briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 2 6 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 6 2010

JAN HORBALY
CLERK

cc: Herbert C. Shelley, Esq.
Geert M. De Prest, Esq.
Claudia Burke, Esq.
Neil R. Ellis, Esq.
Matthew P. Jaffe, Esq.

s21